IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cr-15

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JAMAR TURNER (3) | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for to receive credit for jail time. (Doc. No. 90).

In the motion, the defendant requests that the Court order credit for time that he spent in federal custody which interrupted the service of an unrelated state sentence. However, the only the Attorney General, through the Bureau of Prisons, may compute jail credit. United States v. Stubbs, No. 97-4948, 153 F.3d 724 (4th Cir. 1998) (unpublished) (citing United States v. Wilson, 503 U.S. 329, 112 S. Ct. 1351, 117 L. Ed.2d 593 (1992)).

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se motion to receive jail credit (Doc. No. 90) is DENIED.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the United States Probation office.

Signed: August 29, 2012

Robert J. Conrad, Jr.
Chief United States District Judge