IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00015-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMAR TURNER (3) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of the defendant pro se, (Doc. Nos. 129, 131), and through counsel, (Doc. No. 134), for a reduction of sentence based on the First Step Act of 2018, to which the government consents.

The defendant pled guilty to possessing with intent to distribute more than 50 but fewer than 150 grams of cocaine base (Count Five) and possessing a firearm in furtherance of that drug trafficking offense (Count Six). (Doc. No. 40: Plea Agreement at 1; Doc. No. 78: Judgment at 1). The advisory guideline range for Count Five was 130 to 162 months' imprisonment and 5 years' supervised release plus 60 consecutive months for Count Six. (Doc. No. 132: Supplemental Presentence Report at 1). The Court imposed a sentence at the mandatory minimum for each count, based on a departure of one criminal history category for overstated criminal history. (Doc. No. 78: Judgment at 2; Doc. No. 79: Statement of Reasons at 4).

Under the First Step Act, the advisory guideline range for Count Five is 77 to 96 months' imprisonment and at least 4 years' supervised release. (Doc. No. 132: Supplemental Presentence Report at 2). The defendant seeks a sentence of 71 months, in keeping with the below-guidelines sentence originally imposed. (Doc. No.

134: Motion at 3). The defendant has approximately 125 credited months in the Bureau of Prisons (BOP). (Doc. No. 132: Supplemental Presentence Report at 2). Therefore, the government consents to a total aggregate sentence of 131 months. (Doc. No. 126: Motion at 1).

In exercising its discretion under the First Step Act, the Court has considered the factors set forth in 18 U.S.C. § 3553(a), as well as the defendant's post-sentence conduct and the public's safety. Based on these factors, the Court finds that a reduction of the defendant's sentence would accomplish the goals of sentencing.

**IT IS, THEREFORE, ORDERED** that the defendant's motions, (Doc. No. 129, 131, 134), are **GRANTED** and the defendant's sentence for Count Five is reduced to 71 months, with 12 months to run concurrently with the sentence in N.C. Superior Court (Lincoln Co.) Case No. 06CRS50516, followed by 4 years' supervised release.

**IT IS FURTHER ORDERED** that, if the defendant is released from imprisonment without a residential plan accepted by the United States Probation Office (USPO), he shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the USPO, as a condition of supervised release. All other conditions remain unchanged.

The Clerk is directed to certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: May 22, 2019

Robert J. Conrad, Jr.
United States District Judge